1  RICHARD DeNATALE (Bar No. 121416)
   CELIA M. JACKSON (Bar No. 124508)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA  94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268
   Email: celia.jackson@hellerehrman.com
5
6
7  Attorneys for Plaintiffs
   LENSCRAFTERS, INC., EYEXAM OF
8  CALIFORNIA, INC., and EYEMED VISION CARE, LLC
9

10                IN THE UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA

12 | LENSCRAFTERS, INC.; EYEXAM OF          | Case No.: CV-04-01001 SBA
13 | CALIFORNIA, INC.; and EYEMED VISION    |
   | CARE, LLC,                             | **STIPULATION AND [PROPOSED]**
14 |                                        | **ORDER DISMISSING PLAINTIFFS'**
   |                     Plaintiffs,        | **SECOND AND THIRD CLAIMS FOR**
15 |                                        | **RELIEF**
16 |       v.                               |
17 | LIBERTY MUTUAL FIRE INSURANCE          |
   | COMPANY and EXECUTIVE RISK SPECIALTY   |
18 | INSURANCE COMPANY,                     |
19 |                     Defendants,        |
20
21
22 AND RELATED COUNTER- AND CROSS-
   CLAIMS.
23

The parties to this action hereby stipulate to the following matters and request the Court to enter an Order with respect to those matters:

1. Plaintiffs LensCrafters, Inc., EYEXAM of California, Inc. and EyeMed Vision Care, LLC (collectively, "Plaintiffs") hereby dismiss *without prejudice* the Second and Third Claims for Relief in their First Amended Complaint for Declaratory Relief and Breach of Contract (the "Dismissed Claims") on grounds that these claims are not ripe for adjudication at this time.

2. Any party to this Stipulation may file a new action to adjudicate the Dismissed Claims, or either of them, but such litigation shall be brought exclusively in the Federal District Court for the Northern District of California only, and the Parties consent to exclusive jurisdiction and venue only in that Court.

3. Plaintiffs' reassertion of the Third Claim for Relief as against defendant Liberty Mutual Fire Insurance Company ("Liberty") shall be subject to paragraph 8 of Plaintiffs' and Liberty's Defense Settlement Agreement.

4. If Plaintiffs file litigation to adjudicate the Dismissed Claims, or either of them, neither Liberty nor defendant Executive Risk Specialty Insurance Company shall assert *res judicata* (claim preclusion) as a defense to such litigation based on grounds that the Dismissed Claims were previously asserted or could have been asserted in this litigation.

5. The dismissal of claims pursuant to this Stipulation is not intended to affect any claims that defendants have asserted against one another in this litigation or which may be asserted against one another in this litigation.

SO STIPULATED.

DATED: June 16, 2005

HELLER EHRMAN LLP

By _____
Celia M. Jackson

Attorneys for Plaintiffs
LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC., AND EYEMED VISION CARE, LLC

1  DATED: June __, 2005          WILLOUGHBY, STUART & BENING

2

3
                                 By _____
4                                   Hee Young Lee

5                                Attorneys for Defendant and Cross-Claimant
                                 LIBERTY MUTUAL FIRE INSURANCE COMPANY
6

7  DATED: June 15, 2005          ROSS, DIXON & BELL, LLP

8

9                                By _____
                                    Terrence R. McInnis
10

11                               Attorneys for Defendant, Counter- and Cross-Claimant
                                 EXECUTIVE RISK SPECIALTY INSURANCE
12                               COMPANY

13 IT IS SO ORDERED.

14

15 DATED: _____
                                 _____
16                               SAUNDRA BROWN ARMSTRONG
                                 UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS' SECOND AND THIRD CLAIMS FOR RELIEF, CASE NO. CV 04-01001 SBA

| | | |
|---|---|---|
| 1 | DATED: June 16, 2005 | WILLOUGHBY, STUART & BENING |
| 2 | | |
| 3 | | By _____ |
| 4 | | Hee Young Lee |
| 5 | | Attorneys for Defendant and Cross-Claimant |
| 6 | | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| 7 | DATED: June __, 2005 | ROSS, DIXON & BELL, LLP |
| 8 | | |
| 9 | | By _____ |
| 10 | | Terrence R. McInnis |
| 11 | | Attorneys for Defendant, Counter- and Cross-Claimant |
| 12 | | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY |

IT IS SO ORDERED.

DATED: 6-21-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE