1  ALEXANDER F. STUART - 96141
   HEE YOUNG LEE - 207295
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
3  San Jose, California 95113
   Telephone: (408) 289-1972
4  Facsimile: (408) 295-6375

5

6  Attorneys for Defedant/Cross-
   claimant/Cross-defendant
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

8             IN THE UNITED STATES DISTRICT COURT
9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      OAKLAND FACILITY

11 LENSCRAFTERS, INC.; EYEXAM OF      )  No. C 04-01001 SBA
   CALIFORNIA, INC.; and EYEMED       )
12 VISION CARE, LLC,                  )
                                      )  STIPULATION AND [PROPOSED]
13         Plaintiffs,                )  ORDER REGARDING CONTINUANCE
                                      )  OF THE MANDATORY SETTLEMENT
14 vs.                                )  CONFERENCE
                                      )
15 LIBERTY MUTUAL FIRE                )
   INSURANCE COMPANY and              )
16 EXECUTIVE RISK SPECIALTY           )
   INSURANCE COMPANY,                 )
17                                    )
           Defendants.                )
18                                    )
   _____)
19 and RELATED CROSS-CLAIMS           )
                                      )
20 _____)

21         Plaintiffs/Counter-defendants, LENSCRAFTERS, INC., EYEXAM OF
22 CALIFORNIA, INC. and EYEMED VISION CARE, LLC (collectively referred to as
23 "LensCrafters"), Defendant/Cross-claimant/Cross-defendant, LIBERTY MUTUAL FIRE
24 INSURANCE COMPANY ("Liberty") and Defendant/Cross-claimant/Cross-defendant,
25 EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("Executive Risk"), by and
26 through their counsel of record, stipulate and agree as follows:
27     1.  The parties have agreed to participate in private mediation with retired Justice
28 Edward Panelli. The mediation has been scheduled for October 12, 2005, in San Jose,

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF THE MANDATORY
SETTLEMENT CONFERENCE                    1

1  California.

2  2. In light of the October 12, 2005 mediation date, the parties wish to continue
3  the Mandatory Settlement Conference, currently set for September 29, 2005, to either
4  October 27, 2005 or October 28, 2005.

5  SO STIPULATED.

7  Dated: 8/12/05

HELLER EHRMAN LLP

By: _____
Celia M. Jackson
Attorneys for Plaintiff and Cross-defendant
LENSCRAFTERS, INC., EYEXAM OF
CALIFORNIA, INC., and EYEMED
VISION CARE, LLC

13  Dated: 8/12/05

WILLOUGHBY, STUART & BENING

By: _____
Alexander F. Stuart
Hee Young Lee
Attorneys for Cross-claimant and Cross-
defendant LIBERTY MUTUAL FIRE
INSURANCE COMPANY

20  Date: _____

ROSS, DIXON & BELL, LLP

By: _____
Terrence R. McInnis
Attorneys for Defendant, Cross-claimant
and Cross-defendant EXECUTIVE RISK
SPECIALTY INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF THE MANDATORY
SETTLEMENT CONFERENCE                    2

California.

2. In light of the October 12, 2005 mediation date, the parties wish to continue the Mandatory Settlement Conference, currently set for September 29, 2005, to either October 27, 2005 or October 28, 2005.

SO STIPULATED.

Dated: _____    HELLER EHRMAN LLP

By: _____
Celia M. Jackson
Attorneys for Plaintiff and Cross-defendant LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC., and EYEMED VISION CARE, LLC

Dated: _____    WILLOUGHBY, STUART & BENING

By: _____
Alexander F. Stuart
Hee Young Lee
Attorneys for Cross-claimant and Cross-defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY

Date: August 12, 2005    ROSS, DIXON & BELL, LLP

By: _____
Terrence R. McInnis
Attorneys for Defendant, Cross-claimant and Cross-defendant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF THE MANDATORY
SETTLEMENT CONFERENCE                    2

## ORDER

IT IS HEREBY ORDERED:

The Mandatory Settlement Conference, currently set for September 29, 2005 is continued to October 27, 2005.

Dated: 12 Aug 05

By: _____
Hon. Bernard Zimmerman
United States District Court
Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF THE MANDATORY
SETTLEMENT CONFERENCE                              3