1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LENSCRAFTERS, INC., et al.,                         No. C 04-1001 SBA

        Plaintiffs,                              **ORDER**

  v.                                            [Docket Nos. 99, 103, 110]

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, et al.,

        Defendants.
_____/

On June 6, 2005, this Court issued an Order denying without prejudice Defendant and Cross-Claimant Executive Risk Specialty Insurance Company's ("ERSIC") motion for summary judgment against Defendant and Cross-Claimant Liberty Mutual Fire Insurance Company ("Liberty") [Docket No. 84]. However, the Court granted ERSIC leave to re-file its motion for summary judgment to be heard after the close of discovery on July 1, 2005 but prior to the motion cut-off deadline of September 13, 2005.

On August 12, 2005, ERSIC filed a motion for summary judgment [Docket No. 103] and Liberty filed a cross-motion for partial summary judgment [Docket No. 110]. The deadline for filing dispositive motions to be heard on September 13, 2005, however, was August 9, 2005. *See* Civ. L. R. 7-2(a) ("all motions must be filed, served, and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion.") Accordingly, both motions are untimely.

Also on August 12, 2005, ERSIC and Liberty filed a joint ex parte motion [Docket No. 99] requesting that the Court extend the dispositive motion cut-off date from September 13, 2005 to October 4, 2005, so that ERSIC and Liberty's cross-motions for summary judgment could be heard prior to the parties' October 25, 2005 Pretrial Conference. In the joint ex parte motion, ERSIC and Liberty explain that their failure to file their cross-motions for summary judgment within the requisite period of time results from the fact that they learned on July 19, 2005 that the September 13, 2005 hearing date was no longer available.

**United States District Court**
For the Northern District of California

1    Having considered the ex parte motion, the Court notes that, regardless of whether the September 13,

2    2005 hearing date was available, ERSIC and Liberty's failure to comply with the notice period set forth in the

3    Civil Local Rules is inexcusable.  However, the Court finds that, in the interests of judicial economy, ERSIC

4    and Liberty's cross-motions should be heard prior to the October 25, 2005 Pretrial Conference.

5    Accordingly,

6    IT IS HEREBY ORDERED THAT ERSIC and Liberty's ex parte request [Docket No. 99] is

7    GRANTED IN PART AND DENIED IN PART.  ERSIC and Liberty's request for a general extension of the

8    dispositive motion cut-off deadline is DENIED.  However, the Court GRANTS ERSIC and Liberty a limited

9    continuance of the cut-off deadline for the instant cross-motions for summary judgment.  Accordingly, ERSIC's

10   motion for summary judgment [Docket No. 103] and Liberty's cross-motion for partial summary judgment

11   [Docket No. 110] shall be set for hearing on **October 4, 2005 at 1:00 p.m.**  The Court, in its discretion, may

12   adjudicate the motions without a hearing, in which case the Clerk will notify the parties that no appearance is

13   necessary.

14   IT IS FURTHER ORDERED THAT ERSIC and Liberty's opposition briefs shall be filed **no later**

15   **than August 26, 2005.**  ERSIC and Liberty's reply briefs, if any, shall be filed **no later than September 2,**

16   **2005.**  The parties are expressly reminded that this Order does not modify any other dates set forth in the

17   Court's March 21, 2005 Pretrial Order.  Accordingly, no other dispositive motions may be filed.  The parties

18   are also reminded that they are expected to be familiar with, and to comply with, the Civil Local Rules and the

19   Court's standing orders.

20   IT IS SO ORDERED.

21

22

23

24

25                                                        _Saundra B. Armstrong_

26   Dated:  8-17-05                                       _____
                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge
27

28                                              2