Robert M. Pozin (#170217)
(rpozin@rdblaw.com)
Terrence R. McInnis (#155416)
(tmcinnis@rdblaw.com)
Monique M. Fuentes (#205501)
(mfuentes@rdblaw.com)
Siavash Daniel Rashtian (#228644)
(drashtian@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

*Attorneys for Defendant, Counterclaimant,
Cross-Defendant and Cross-Claimant
Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC., and EYEMED VISION CARE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS | Case No. CV-04-01001 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS FROM COUNTS 3 AND 4 OF DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY'S COUNTERCLAIM** |

The parties to this action hereby stipulate to the following matters and request the Court to enter an Order with respect to those matters:

1. Defendant Executive Risk Specialty Insurance Company ("ERSIC") hereby dismisses *without prejudice* Counts III and IV of its Counterclaim in this action, as against plaintiffs LensCrafters, Inc., Eyexam of California, Inc., and EyeMed Vision Care, LLC (the "Dismissed Claims"). Counts III and IV of ERSIC's Counterclaim will remain pending against cross-defendant Liberty Mutual Fire Insurance Company only.

2. Following their dismissal from Counts III and IV of the Counterclaim, Plaintiffs agree

1  to meet and confer in good faith with Defendants regarding the acceptance of service of any
2  pleadings, notices, or other documents in this action through their counsel, Heller Ehrman, LLP.
3  Plaintiffs further agree to work in good faith with Defendants to authenticate documents produced
4  or provided to any of the Defendants by any of the Plaintiffs in this action.
5       3.   If ERSIC files litigation against Plaintiffs to adjudicate the Dismissed Claims,
6  Plaintiffs shall not assert *res judicata* (claim preclusion) as a defense to such litigation based on
7  grounds that the Dismissed Claims were previously asserted or could have been asserted in this
8  litigation.
9       SO STIPULATED.

10  Dated: August 12, 2005          ROSS, DIXON & BELL, LLP

12                                  _____
                                    Robert M. Pozin
                                    Terrence R. McInnis
13                                  Monique M. Fuentes
                                    Siavash Daniel Rashtian
14                                  *Attorneys for Defendant and Cross-Claimant*
                                    *Executive Risk Specialty Insurance Company*
15

16  Dated: August 12, 2005          HELLER EHRMAN, LLP

17                                  _____
18                                  Celia M. Jackson
                                    Richard DeNatale
19                                  *Attorneys for Plaintiffs*
                                    *Lenscrafters, Inc. Eyexam of California, Inc.,*
20                                  *and EyeMed Vision Care, LLC*

21

22  Dated: August ___, 2005         WILLOUGHBY, STUART & BENING, INC

23                                  _____
24                                  Alexander F. Stuart
                                    Hee Young Lee
25                                  *Attorneys for Defendant and Cross-Claimant*
                                    *Liberty Mutual Fire Insurance Company*

26  IT IS SO ORDERED.

27  DATED: _____             _____
                                   SAUNDRA BROWN ARMSTRONG
28                                 UNITED STATES DISTRICT JUDGE

to meet and confer in good faith with Defendants regarding the acceptance of service of any pleadings, notices, or other documents in this action through their counsel, Heller Ehrman, LLP. Plaintiffs further agree to work in good faith with Defendants to authenticate documents produced or provided to any of the Defendants by any of the Plaintiffs in this action.

3. If ERSIC files litigation against Plaintiffs to adjudicate the Dismissed Claims, Plaintiffs shall not assert *res judicata* (claim preclusion) as a defense to such litigation based on grounds that the Dismissed Claims were previously asserted or could have been asserted in this litigation.

SO STIPULATED.

Dated: August ___, 2005            ROSS, DIXON & BELL, LLP

_____
Robert M. Pozin
Terrence R. McInnis
Monique M. Fuentes
Siavash Daniel Rashtian
*Attorneys for Defendant and Cross-Claimant Executive Risk Specialty Insurance Company*

Dated: August ___, 2005            HELLER EHRMAN, LLP

_____
Celia M. Jackson
Richard DeNatale
*Attorneys for Plaintiffs Lenscrafters, Inc. Eyexam of California, Inc., and EyeMed Vision Care, LLC*

Dated: August 12, 2005            WILLOUGHBY, STUART & BENING, INC

_____
Alexander F. Stuart
Hee Young Lee
*Attorneys for Defendant and Cross-Claimant Liberty Mutual Fire Insurance Company*

IT IS SO ORDERED.
DATED: 8-22-05

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE