2522.9953S

ALEXANDER F. STUART - 96141
HEE YOUNG LEE - 207295
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defedant/Cross-claimant/Cross-defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC.; EYEXAM OF CALIFORNIA, INC.; and EYEMED VISION CARE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, <br><br> Defendants. <br><br> and RELATED CROSS-CLAIMS | No. C 04-01001 SBA <br><br> STIPULATION AND ORDER REGARDING PRIVATE MEDIATION IN LIEU OF COURT SPONSORED MEDIATION |

Plaintiffs/Counter-defendants, LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC. and EYEMED VISION CARE, LLC (collectively referred to as "LensCrafters"), Defendant/Cross-claimant/Cross-defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") and Defendant/Cross-claimant/Cross-defendant, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("Executive Risk"), by and through their counsel of record, stipulate and agree as follows:

 1. The parties have been ordered to participate in court sponsored mediation.

 2. The parties believe that mediation would be more effective and productive if it

1  were conducted after the hearing on Liberty's and Executive Risk's cross-motions for
2  summary judgment regarding the primacy of policies.  Liberty and Executive Risk filed their
3  motions for summary judgment on August 12, 2005, and anticipate a hearing date of
4  October 4, 2005.

5      3.   Liberty and Executive Risk believe that in lieu of court sponsored mediation, a
6  private mediation with a mediator selected by the parties, may be effective in resolving any
7  remaining issues after the hearing on the motions for summary judgment.

8      4.   Executive Risk and LensCrafters have engaged in settlement discussions to
9  resolve the claims that Executive Risk has against LensCrafters; at this time, LensCrafters
10 has no unadjudicated claims against Executive Risk or Liberty.  To the extent that Executive
11 Risk and LensCrafters cannot reach a resolution of the outstanding claims, LensCrafters
12 agrees to participate in the mediation on the terms agreed to by Executive Risk and Liberty.

13     5.   Liberty and Executive Risk have selected retired Justice Edward Panelli to
14 conduct a full day of mediation on October 12, 2005.  The mediation will be held at JAMS in
15 San Jose.

16     6.   In light of the October 12, 2005 mediation date, the Mandatory Settlement
17 Conference, currently set for September 29, 2005, has been continued to October 27, 2005.

18     7.   Pursuant to ADR Local Rule 6-9 (a) (1) (c), the insurer representatives, with
19 the authority to settle for Liberty and Executive Risk will personally attend the private
20 mediation.

21     8.   Liberty and Executive Risk shall be accompanied at the mediation by the
22 lawyer who will be primarily responsible for handling the trial of the matter.

23     9.   Liberty and Executive Risk agree to abide by ADR Local Rule 6-11 regarding
24 the confidential treatment of the mediation.

25     10.  Within 5 days after the mediation session, Liberty and Executive Risk will
26 report to the ADR Unit and the court: (a) the date the session was held; (b) whether the
27 case settled in whole or in part; (c) whether any follow up is scheduled; and (d) any
28 stipulations the parties agree may be disclosed.

SO STIPULATED.

Dated: _____     HELLER EHRMAN LLP

By:_____
   Celia M. Jackson
   Michael A. Troncoso
   Attorneys for Plaintiff and Cross-defendant
   LENSCRAFTERS, INC., EYEXAM OF
   CALIFORNIA, INC., and EYEMED
   VISION CARE, LLC

Dated: _____     WILLOUGHBY, STUART & BENING

By:_____
   Alexander F. Stuart
   Hee Young Lee
   Attorneys for Cross-claimant and Cross-
   defendant LIBERTY MUTUAL FIRE
   INSURANCE COMPANY

Date: _____      ROSS, DIXON & BELL, LLP

By:_____
   Terrence R. McInnis
   Attorneys for Defendant, Cross-claimant
   and Cross-defendant EXECUTIVE RISK
   SPECIALTY INSURANCE COMPANY

**ORDER**

IT IS HEREBY ORDERED:

That the parties proceed with private mediation with Justice Edward Panelli in lieu of the court sponsored mediation. The parties are relieved from participating in the court sponsored mediation with court appointed mediator Howard Janssen. The parties are ordered to complete mediation by October 13, 2005.

Dated: August 30, 2005     By: _/s/ Saundra B. Armstrong_____
   Hon. Saundra Brown Armstrong
   United States District Judge