2522.9953S

ALEXANDER F. STUART - 96141
HEE YOUNG LEE - 207295
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defedant/Cross-claimant/Cross-defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC.; EYEXAM OF CALIFORNIA, INC.; and EYEMED VISION CARE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY,<br><br>Defendants.<br><br>and RELATED CROSS-CLAIMS | No. C 04-01001 SBA<br><br>STIPULATION TO CONTINUE THE DEADLINE FOR FILING MANDATORY SETTLEMENT CONFERENCE STATEMENTS |

Plaintiffs/Cross-defendants, LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC., and EYEMED VISION CARE, LLC, Defendant/Cross-claimant/Cross-defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY and Defendant/Cross-claimant/Cross-defendant, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, by and through their counsel of record, stipulate and agree that in light of the Court's continuation of the Mandatory Settlement Conference to October 27, 2005, the parties stipulate and agree that the Mandatory Settlement Conference statements shall be due on October 20, 2005.

///

STIPULATION TO CONTINUE THE DEADLINE FOR FILING MANDATORY SETTLEMENT CONFERENCE STATEMENTS   1

|   |   |   |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | | |
| 3 | Dated: Aug. 30, 2005 | HELLER EHRMAN LLP |
| 4 | | |
| 5 | | By: _____ |
| 6 | | Celia M. Jackson |
| | | Attorneys for Plaintiff and Cross-defendant |
| 7 | | |
| 8 | Dated: Aug. 30, 2005 | WILLOUGHBY, STUART & BENING |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Alexander F. Stuart / Hee Young Lee |
| | | Attorneys for Defendant, Cross-claimant |
| 12 | | and Cross-defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| 13 | | |
| 14 | Date: _____ | ROSS, DIXON & BELL, LLP |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Terrence R. McInnis |
| | | Attorneys for Defendant, Cross-claimant |
| 18 | | and Cross-defendant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY |
| 19 | | |
| 20 | | **ORDER** |
| 21 | IT IS SO ORDERED. | |
| 22 | | |
| 23 | Dated: _____ | By: _____ |
| 24 | | Hon. Bernard Zimmerman |
| | | United States District Court |
| | | Magistrate Judge |

STIPULATION TO CONTINUE THE DEADLINE FOR
FILING MANDATORY SETTLEMENT CONFERENCE
STATEMENTS                                          2

SO STIPULATED.

Dated: _____        HELLER EHRMAN LLP

                            By:_____
                               Celia M. Jackson
                               Attorneys for Plaintiff and Cross-defendant


Dated: _____        WILLOUGHBY, STUART & BENING


                            By:_____
                               Alexander F. Stuart
                               Attorneys for Defendant, Cross-claimant
                               and Cross-defendant LIBERTY MUTUAL
                               FIRE INSURANCE COMPANY


Date: August 30, 2005       ROSS, DIXON & BELL, LLP

                            By:_____
                               Terrence R. McInnis
                               Attorneys for Defendant, Cross-claimant
                               and Cross-defendant EXECUTIVE RISK
                               SPECIALTY INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.


Dated: August 31, 2005      By: _____
                               Hon. Bernard Zimmerman
                               United States District Court
                               Magistrate Judge

STIPULATION TO CONTINUE THE DEADLINE FOR
FILING MANDATORY SETTLEMENT CONFERENCE
STATEMENTS                                              2

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*