```
 1  Robert M. Pozin (#170217)
        (rpozin@rdblaw.com)
 2  Terrence R. McInnis (#155416)
        (tmcinnis@rdblaw.com)
 3  Monique M. Fuentes (#205501)
        (mfuentes@rdblaw.com)
 4  Siavash Daniel Rashtian (#228644)
        (drashtian@rdblaw.com)
 5  ROSS, DIXON & BELL, LLP
    5 Park Plaza, Suite 1200
 6  Irvine, California 92614-8529
    Telephone: (949) 622-2700
 7  Facsimile: (949) 622-2739

 8  Attorneys for Defendant, Counterclaimant,
    Cross-Defendant and Cross-Claimant
 9  Executive Risk Specialty Insurance Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC., and EYEMED VISION CARE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS | Case No. CV-04-01001 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COUNT 5 OF DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY'S COUNTERCLAIM/CROSS-COMPLAINT** |

The parties to this action hereby STIPULATE and request that the Court enter an Order DISMISSING WITH PREJUDICE Count V (Reformation) of Executive Risk Specialty Insurance Company's Counterclaim/Cross-Complaint in this action, each party to bear its own costs.

///
///
///
///

832299 v1

1  SO STIPULATED.

2  Dated: ~~August~~ September 7, 2005        ROSS, DIXON & BELL, LLP

3

4                                              _____
                                               Robert M. Pozin
5                                              Terrence R. McInnis
                                               Monique M. Fuentes
6                                              Siavash Daniel Rashtian
                                               *Attorneys for Defendant and Cross-Claimant*
7                                              *Executive Risk Specialty Insurance Company*

8  Dated: August 12, 2005                     HELLER EHRMAN, LLP

9

10                                             _____
                                               Celia M. Jackson
11                                             Richard DeNatale
                                               *Attorneys for Plaintiffs*
12                                             *Lenscrafters, Inc., Eyexam of California, Inc.,*
                                               *and EyeMed Vision Care, LLC*
13

14 Dated: August 30, 2005                     WILLOUGHBY, STUART & BENING, INC

15
                                               _____
16                                             Alexander F. Stuart
                                               Hee Young Lee
17                                             *Attorneys for Defendant and Cross-Claimant*
                                               *Liberty Mutual Fire Insurance Company*
18

19 IT IS SO ORDERED.

20

21 DATED: 9-12-05

22                                             _____
                                               SAUNDRA BROWN ARMSTRONG
23                                             UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Saundra B. Armstrong]