1 | Robert M. Pozin (#170217)
       (rpozin@rdblaw.com)
2 | Terrence R. McInnis (#155416)
       (tmcinnis@rdblaw.com)
3 | Monique M. Fuentes (#205501)
       (mfuentes@rdblaw.com)
4 | Siavash Daniel Rashtian (#228644)
       (drashtian@rdblaw.com)
5 | ROSS, DIXON & BELL, LLP
   | 5 Park Plaza, Suite 1200
6 | Irvine, California  92614-8529
   | Telephone:  (949) 622-2700
7 | Facsimile:  (949) 622-2739

8 | *Attorneys for Cross-Defendant and Cross-Claimant*
   | *Executive Risk Specialty Insurance Company*
9 |
   | Alexander F. Stuart (#96141)
10 |    (afs@wsblaw.net)
    | Hee Young Lee (#207295)
11 |    (hyl@wsblaw.net)
    | WILLOUGHBY, STUART & BENING, INC.
12 | 50 W. San Fernando St., Suite 400
    | San Jose, California 95113
13 | Telephone:  (408) 289-1972
    | Facsimile: (408) 295-6375
14 |
    | *Attorneys for Cross-Claimant and Cross-Defendant*
15 | *Liberty Mutual Fire Insurance Company*

16 |                    UNITED STATES DISTRICT COURT
17 |                    NORTHERN DISTRICT OF CALIFORNIA
18 |                            OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC., EYEXAM OF CALIFORNIA, INC., and EYEMED VISION CARE, LLC, | No. CV-04-01001 SBA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE PRE-TRIAL PAPERS** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |
| AND RELATED COUNTER AND CROSS CLAIMS | |

833278 v 1

1  WHEREAS, the Pre-Trial Conference in this action is scheduled for October 25, 2005;

2  WHEREAS, there are pending cross-motions for summary judgment, set for hearing on October 4, 2005, which was the first available hearing date on the Court's calendar at the time the parties filed their motions in August;

WHEREAS, under the current Order for Pre-Trial Preparation, the Court designated October 7, 2005 as the deadline for Pre-Trial Preparation, while the text of the Order indicates that the Joint Pre-Trial Conference Statement and Proposed Findings of Facts and Conclusions of Law are due 21 days prior to the Pre-Trial Conference – *i.e.*, October 4, 2005.

WHEREAS, the Court's ruling on the cross-motions for summary judgment, on or about October 4, 2005, is likely to affect substantially the issues to be addressed in the parties' pre-trial papers, including the Joint Pre-Trial Conference Statement, Proposed Findings of Fact and Conclusions of Law, and Trial Briefs;

WHEREAS, all claims brought by or against Plaintiffs in this action have been dismissed or resolved by the Court's January 20, 2005 Order;

NOW THEREFORE, the Parties proceeding to trial in this matter stipulate and request that the Court modify its March 21, 2005 Order for Pre-Trial Preparation, to provide that the deadline for filing Pre-Trial materials listed in Part F.2 of that Order is now October 14, 2005, in order to permit the parties time to take the Court's ruling on their cross-motions for summary judgment into account in preparing their pre-trial papers.

Dated:  September 22, 2005              Respectfully submitted,

                                        ROSS, DIXON & BELL, LLP


                                        _____
                                        Robert M. Pozin
                                        Terrence R. McInnis
                                        Monique M. Fuentes
                                        Siavash Daniel Rashtian

                                        *Attorneys for Cross-Claimant and Cross-Defendant Executive Risk Specialty Insurance Company*

1
2
3    WILLOUGHBY, STUART & BENING, INC.
4
5    _____
     Alexander F. Stuart (#96141)
6    Hee Young Lee (#207295)

7    *Attorneys for Cross-Claimant and Cross-Defendant Liberty Mutual Fire Insurance Company*
8
9  IT IS SO ORDERED.
10
11 DATED: 9/28/05    _____
                    HON. SAUNDRA BROWN ARMSTRONG
12                  UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

833278 v 1                                    Stipulation to Extend Time to File Pre-Trial Papers
                                                         Case No. CV-04-01001 SBA
                        3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28