IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LENSCRAFTERS, INC., et al.,

    Plaintiffs,

  v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,

    Defendants.

No. C 04-1001 SBA

**ORDER**

IT IS HEREBY ORDERED THAT Liberty Mutual Fire Insurance Company ("Liberty") is granted leave to file an opposition to Executive Risk Company's ("ERSIC") Brief in Support of An Award of Prejudgment and Post-Judgment Interest, which ERSIC filed on October 20, 2005. Liberty's opposition brief shall not exceed five (5) pages in length and shall specifically address ERSIC's request for prejudgment and post-judgment interest <u>only</u>. Liberty's opposition brief shall be filed no later than October 31, 2005.

IT IS FURTHER ORDERED THAT ERSIC is granted leave to file a reply to Liberty's opposition brief. The reply brief shall not exceed five (5) pages in length and shall be filed no later than November 7, 2005. Thereafter, this matter will be taken under submission.

IT IS FURTHERED ORDERED THAT Liberty and ERSIC shall engage in a <u>meaningful</u> meet and confer prior to the filing deadline for Liberty's opposition brief and shall specifically discuss whether an opposition to ERSIC's Brief in Support of An Award of Prejudgment and Post-Judgment Interest is necessary.

IT IS SO ORDERED.

Dated: 10/24/05

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge