2522.9953S

ALEXANDER F. STUART - 96141
HEE YOUNG LEE - 207295
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defedant/Cross-claimant/Cross-defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND FACILITY**

| | |
|---|---|
| LENSCRAFTERS, INC.; EYEXAM OF CALIFORNIA, INC.; and EYEMED VISION CARE, LLC, <br><br>   Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, <br><br>   Defendants. <br> _____ <br> and RELATED CROSS-CLAIMS <br> _____ | No. C 04-01001 SBA <br><br> STIPULATION AND ORDER REGARDING SUPERSEDEAS BOND |

Defendant/Cross-claimant/Cross-defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") and Defendant/Cross-claimant/Cross-defendant, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("Executive Risk"), by and through their counsel of record, stipulate and agree as follows:

1. Final judgment was entered against Liberty and in favor of Executive Risk on November 7, 2005. An amended judgment was filed on November 22, 2005.

2. Liberty filed a notice of appeal on December 6, 2005.

3. Liberty and Executive Risk stipulate that pursuant to Federal Rule of Civil

STIPULATION AND [PROPOSED] ORDER
REGARDING SUPERSEDEAS BOND            1

Procedure rule 62, Liberty shall post a supersedeas bond in the amount of $1,043,674.02.

SO STIPULATED.

Dated: _____          WILLOUGHBY, STUART & BENING

By:_____
Alexander F. Stuart
Hee Young Lee
Attorneys for Cross-claimant and Cross-defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY

Date: _____          ROSS, DIXON & BELL, LLP

By:_____
Terrence R. McInnis
Attorneys for Defendant, Cross-claimant and Cross-defendant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

## **ORDER**

IT IS HEREBY ORDERED:

That Liberty shall post a supersedeas bond with the Court in the amount of $1,043,674.02 no later than April 14, 2006.

Dated: 4/6/06          By: *[signature]*
Hon. Saundra Brown Armstrong
United States District Judge

2522.9953S

1  ALEXANDER F. STUART - 96141
   HEE YOUNG LEE - 207295
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
3  San Jose, California 95113
   Telephone: (408) 289-1972
4  Facsimile: (408) 295-6375

5

6  Attorneys for Defedant/Cross-claimant/Cross-defendant
7  LIBERTY MUTUAL FIRE INSURANCE COMPANY

8  **IN THE UNITED STATES DISTRICT COURT**

9  **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND FACILITY**

| | |
|---|---|
| LENSCRAFTERS, INC.; EYEXAM OF CALIFORNIA, INC.; and EYEMED VISION CARE, LLC, | No. C 04-01001 SBA |
| Plaintiffs, | STIPULATION AND ORDER REGARDING SUPERSEDEAS BOND |
| vs. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |
| and RELATED CROSS-CLAIMS | |

Defendant/Cross-claimant/Cross-defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") and Defendant/Cross-claimant/Cross-defendant, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("Executive Risk"), by and through their counsel of record, stipulate and agree as follows:

1. Final judgment was entered against Liberty and in favor of Executive Risk on November 7, 2005. An amended judgment was filed on November 22, 2005.

2. Liberty filed a notice of appeal on December 6, 2005.

3. Liberty and Executive Risk stipulate that pursuant to Federal Rule of Civil

STIPULATION AND [PROPOSED] ORDER
REGARDING SUPERSEDEAS BOND            1

Procedure rule 62, Liberty shall post a supersedeas bond in the amount of $1,043,674.02.

SO STIPULATED.

Dated: _____                     WILLOUGHBY, STUART & BENING

By:_____
Alexander F. Stuart
Hee Young Lee
Attorneys for Cross-claimant and Cross-defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY

Date: _____                    ROSS, DIXON & BELL, LLP

By:_____
Terrence R. McInnis
Attorneys for Defendant, Cross-claimant and Cross-defendant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

## **ORDER**

IT IS HEREBY ORDERED:

That Liberty shall post a supersedeas bond with the Court in the amount of $1,043,674.02 no later than April 14, 2006.

Dated: 4/6/06                              By: _____
Hon. Saundra Brown Armstrong
United States District Judge