1  Terrence R. McInnis (#155416)
      (tmcinnis@rdblaw.com)
2  Siavash Daniel Rashtian (#228644)
      (drashtian@rdblaw.com)
3  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
4  Irvine, California  92614-8529
   Telephone:  (949) 622-2700
5  Facsimile:  (949) 622-2739

6  Monique M. Fuentes (#205501)
      (mfuentes@rdblaw.com)
7  ROSS, DIXON & BELL, LLP
   2001 K Street, NW
8  Washington, DC  20006-1040
   Telephone:  (202) 662-2000
9  Facsimile:  (202) 662-2190

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., | No. C07-02853 SBA |
|---|---|
| Plaintiffs, | [Related Case No. C 04-01001 SBA] |
| v. | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO COMPLAINT** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants. | |

WHEREAS, by notice pursuant to Fed. R. Civ. P. 4(d)(2) dated June 5, 2007, Plaintiffs requested that defendant Executive Risk Specialty Insurance Company ("ERSIC") waive formal service of service of the summons and Complaint herein and ERSIC so agreed to waive formal service;

WHEREAS, pursuant to Fed. R. Civ. P. 4(d)(3), ERSIC's response to the Complaint is

1  due August 6, 2007;

2  WHEREAS, ERSIC has requested and Plaintiffs have agreed to a 25-day extension of
3  time for ERSIC to answer or otherwise respond to the Complaint;

4  WHEREAS, no previous extensions of time have been requested or received by ERSIC in
5  this matter;

6  WHEREAS, on May 31, 2007 and June 29, 2007, the Court issued Case Management
7  Scheduling Orders, and thus ERSIC and Plaintiffs agree that the dates set forth in those Orders
8  remain notwithstanding the 25-day extension of time to respond to the Complaint;

9  WHEREAS, notwithstanding the absence of a responsive pleading, ERSIC agrees to
10  comply with all deadlines set by the Court in the Case Management Scheduling Orders;

11  NOW THEREFORE, the Parties hereby STIPULATE to and REQUEST that the Court
12  grant an extension of time, to and including September 4, 2007, for ERSIC to answer or otherwise
13  respond to the Complaint.

Date:  August 3, 2007                    Respectfully submitted,

ROSS, DIXON & BELL, LLP

*/s/ Terrence R. McInnis*
Terrence R. McInnis

and

Monique M. Fuentes
Siavash Daniel Rashtian

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

HELLER EHRMAN WHITE & McAULIFFE, LLP

___/s/ Celia M. Jackson_____
Celia M. Jackson

   and

Richard DeNatale
*Attorneys for Plaintiffs LensCrafters, Inc. and EYEXAM of California, Inc.*

**IT IS SO ORDERED:**

Date: August 13, 2007

___/s/ Saundra B. Armstrong_____
Hon. Saundra Brown Armstrong
United States District Court Judge